UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FREDERICKA DAMES, ROBIN CHAVERS,
LULA JOHNSON, and CLEDWYN
SEARCHWELL, on behalf of themselves and
others similarly situated,

                11 Civ. 5953 (RPP)

          Plaintiffs,         CONSENT TO BECOME
                                         A PLAINTIFF

   - against -

CITY OF NEW YORK,

          Defendant.

------------------------------------------------------------x

    I am employed by the City of New York, or I was employed by the City of New York for some period of time since August 24, 2008, and I worked over 40 hours in at least one week during which my regular shift included at least one hour for which I earned a night differential.

    I hereby consent to become a party plaintiff in the above-captioned action. I designate Stuart Lichten, of Lichten & Bright, P.C., 475 Park Avenue South, 17th Floor, New York, New York 10016, as my attorney.

Dated: September 9, 2011
_____, New York

Signature: *[signed]*

Print Name: ANJOOMAN A ABEED

Address: 41-15 12th STREET, APT. 3D, LIC, NY 1110