UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FREDERICKA DAMES, ROBIN CHAVERS,
LULA JOHNSON, and CLEDWYN
SEARCHWELL, on behalf of themselves and
others similarly situated,

                      11 Civ. 5953 (RPP)

               Plaintiffs,

                      CONSENT TO BECOME
                      A PLAINTIFF

      - against -

CITY OF NEW YORK,

              Defendant.

-----------------------------------------------------------x

     I am employed by the City of New York, or I was employed by the City of New York for some period of time since August 24, 2008, and I worked over 40 hours in at least one week during which my regular shift included at least one hour for which I earned a night differential.

     I hereby consent to become a party plaintiff in the above-captioned action. I designate Stuart Lichten, of Lichten & Bright, P.C., 475 Park Avenue South, 17th Floor, New York, New York 10016, as my attorney.

Dated: Sept 29, 2011
          , New York

_____
Signature

_____
Adam Sabella
Print Name

_____
11 NUTLY PL SI NY 10310
Address